# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

KENTON WYNTER,            )   **Case No. 1:18-cv-04814-WMR**

           Plaintiff,        )

                            )   **JOINT STIPULATION OF**
        v.                   )   **DISMISSAL WITH PREJUDICE**

                            )

CAPITAL ONE BANK (USA), N.A.,    )

           Defendant.     )

---

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Kenton Wynter ("Plaintiff"), and Defendant, Capital One Bank (USA), N.A., pursuant to Federal Rule of Civil Procesure 41(a)(1)(A)(ii), and pursuant to an executed settlement agreement between the parties, hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

//

//

//

//

1                                   JOINTLY SUBMITTED,

2 Date: March 28, 2019

3

4 By: <u>James A. Sellers, II</u>            By: *<u>/s/ Jennifer Ziemann</u>*

James A. Sellers, II                  Jennifer Ziemann

Law Offices of Jeffrey Lohman, P.C.      Burr & Forman, LLP-ATL

5 4740 Green River Rd., Suite 310         Suite 1100

6 Corona, CA 92880                    171 17th St., N.W.

T: (657) 363-4699                    Atlanta, GA 30363

7 jamess@jlohman.com                  T: (404) 685-4336

8                                            jziemann@burr.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE